# U.S. District Court
## USDC for the Eastern District of Louisiana (Houma)

### CIVIL DOCKET FOR CASE #: 04-CV-1575

### Hood v. Pfizer Inc

04 cv 12279
PBS

Filed: 06/04/04
Assigned to: Judge Sarah S. Vance
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 370
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Fraud

---

DIANNE IRENE HOOD,
individually and on behalf of
others similarly situated
  plaintiff

Robert M. Becnel
985-651-6104 FAX
[COR LD NTC]
Law Offices of Robert M Becnel
425 W. Airline Hwy.
Suite B
Laplace, LA 70068
985-651-6101

v.

PFIZER INC, individually and
as successor in interest to
Parke-Davis and Warner Lambert
  defendant

Henri Wolbrette, III
504-596-2800 FAX
[COR LD NTC]
Kathleen Ann Manning
504-596-2800 FAX
[COR]
Mindy Brickman Patron
504-586-2800 FAX
[COR]
McGlinchey Stafford, PLLC
643 Magazine St.
New Orleans, LA 70130-3477
504-586-1200

---

## DOCKET PROCEEDINGS

DATE   #   IMG        DOCKET   ENTRY

| Date | # | Description |
|---|---|---|
| 6/4/04 | 1 | COMPLAINT; 1 summons(es) issued (dmg) [Entry date 06/08/04] |
| 6/4/04 | -- | Payment of filing fee by plaintiff Dianne Irene Hood in amount of $ 150.00 (dmg) [Entry date 06/08/04] |
| 6/9/04 | 2 | NOTICE by Clerk designating case as a Houma case (dmg) [Entry date 06/09/04] |
| 6/14/04 | 3 | RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 6/8/04 (bc) [Entry date 06/14/04] |
| 6/23/04 | 4 | Copy of Memorandum by plaintiffs in opposition to ASEA/AFSCME Local 52 Health Benefits Trust's & Brian Krath's mtn for transfer & consolidation into In Re Neurontin Antitrust Litigation, MDL #1479 & requests formation of a separate MDL for transfer & consolidation of these cases (original filed w/MDL Panel) (bc) [Entry date 06/25/04] |
| 6/24/04 | 5 | Motion by defendant Pfizer Inc and ORDER extending time to answer pla's complaint 20 days from the date of this order by Judge Sarah S. Vance Date Signed: 6/25/04 (bc) [Entry date 06/28/04] |
| 7/14/04 | 6 | PLAINTIFF'S 1st AMENDED complaint [1-1] ; 1 summons(es) issued (bc) [Entry date 07/15/04] |
| 7/26/04 | 7 | RETURN OF SERVICE of summons and 1st amended complaint upon defendant Pfizer Inc on 7/14/04 (ca) [Entry date 07/26/04] |
| 8/16/04 | 8 | Notice from MDL Panel of hrg set for 9/30/04 to consider the matters set forth herein (REF: MDL1629) (bc) [Entry date 08/18/04] |
| 8/23/04 | 9 | MOTION by plaintiff Dianne Irene Hood to certify class action to be heard before Judge; no hrg set & UNSIGNED ORDER (bc) [Entry date 09/09/04] |
| 9/9/04 | 10 | MINUTE ENTRY ( 8/25/04 ) setting pla's motion to certify class action [9-1] for hrg on 12/8/04; ptys should notify the Court if they wish oral argument by Judge Sarah S. Vance (bc) [Entry date 09/09/04] |

**Case Flags:**
MAG-3

END OF DOCKET: 2:04cv1575

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:29:35 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv01575 |
| Billable Pages: | 2 | Cost: | 0.14 |