# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

November 8, 2004

Mr. Tony Anastas
Clerk, United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:  Multidistrict Litigation No. 1692
     Dianne Irene Hood
         vs.
     Pfizer, Inc., et al
     Civil Action No. 04-1575"R"
     Your Case No. C.A. 04-12279 PBS

Dear Mr. Anastas:

Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By _____
     Deputy Clerk

Enclosures